## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO:  3:05-M-0241-TEM

SANDRA CECILIA BAYES-SIMON

_____

### ORDER

On July 28, 2005, defendant, with her court-appointed counsel Ross Haine, Esquire,

appeared before this Court and executed a Waiver of Preliminary Examination or Hearing.

The Court made inquiry of defendant, under oath, and based thereon, finds that defendant

knowingly, intentionally, voluntarily and freely waived her right to a preliminary hearing.

Accordingly, the defendant is held to await further action by the federal grand jury.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005.

_Thomas E. Morris_
_____
THOMAS E. MORRIS
United States Magistrate Judge

Copies furnished to:
Asst. U. S. Attorney (Gallagher)
Ross Haine, Esquire